# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No.: 14-cv-00144-REB-KLM**

STANLEY LIEBLEIN, Derivatively on Behalf of THE WESTERN UNION COMPANY,

       Plaintiff,

  v.

HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
JACK M. GREENBERG,
DINYAR S. DEVITRE,
RICHARD A. GOODMAN,
BETSY D. HOLDEN,
LINDA FAYNE LEVINSON,
ROBERTO G. MENDOZA,
MICHAEL A. MILES, Jr.,
WULF von SCHIMMELMANN, and
SOLOMON D. TRUJILLO,

       Defendants,
and

THE WESTERN UNION COMPANY, a Delaware Corporation,

       Nominal Defendant.

## NOTICE OF RELATED CASES

**TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to D.C.Colo.LCivR 3.2, Plaintiff Stanley Lieblein ("Plaintiff") hereby informs the Court of the following securities class action currently pending in the United States District Court for the District of Colorado: *City of Taylor Police and Fire Retirement System v. The Western Union Company et al.*, Civil Action No. 13-cv-03325-MSK-MJW (the "Securities Class Action").

Although the Securities Class Action is a class action and includes different claims than those asserted in the instant derivative action, the Securities Class Action includes some of the same parties, and the claims in the Securities Class Action involve some of the same, or similar, facts and events as the above-referenced action.

Additionally, Plaintiff identifies the following derivative action, currently pending in the District Court for the state of Colorado, Douglas County, which action includes many of the same defendants and some similar allegations regarding misconduct by certain officers and directors of The Western Union Company: *Natalie Gordon v. Hikmet Ersek et al.*, Case No. 2014-cv-30035.

Dated: January 24, 2014

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON

 */s Frank J. Johnson*
Frank J. Johnson

110 West "A" Street, Suite 750
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
E-mail: frankj@johnsonandweaver.com

*Attorneys for Plaintiff Stanley Lieblein*

- 1 -

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties that have appeared in the above-referenced case.

*/s Frank J. Johnson*