**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 14-cv-00144-REB-KLM

STANLEY LIEBLEIN, Derivatively on Behalf of THE WESTERN UNION COMPANY,

    Plaintiff,

vs.

HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
JACK M. GREENBERG,
DINYAR S. DEVITRE,
RICHARD A. GOODMAN,
BETSY D. HOLDEN,
LINDA FAYNE LEVINSON,
ROBERTO G. MENDOZA,
MICHAEL A. MILES, Jr.,
WULF von SCHIMMELMANN, and
SOLOMON D. TRUJILLO,

    Defendants,

and

THE WESTERN UNION COMPANY, a Delaware corporation,

    Nominal Defendant

## ORDER TRANSFERRING CASE

**Blackburn, J.**

    After conferring with the Honorable Marcia S. Krieger, Chief Judge of the United States District Court, as required by D.C.COLO.LCivR 7.5(e), and with her approval as Chief Judge of the United States District Court for the District of Colorado, as required by D.C.COLO.LCivR 40.1(a), this case should be transferred to Chief Judge Krieger by special assignment as a related case under D.C.COLO.LCivR 40.1(c)(4)(b).

    **THEREFORE, IT IS ORDERED** that pursuant to D.C.COLO.LCivR 40.1(a). and

(c)(4)(b), this case is **TRANSFERRED** to the Honorable Marcia S. Krieger, Chief Judge of the United States District Court.

Dated March 5, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge