IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00144-MSK-KLM

STANLEY LIEBLEIN, derivatively on behalf of The Western Union Company, and MARTA/ATU LOCAL 732 EMPLOYEES RETIREMENT PLAN,

    Plaintiffs,

v.

HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
JACK M. GREENBERG,
DINYAR S. DEVITRE,
RICHARD A. GOODMAN,
BETSY D. HOLDEN,
LINDA FAYNE LEVINSON,
ROBERT G. MENDOZA,
MICHAEL A. MILES, JR.,
WULF VON SCHIMMELMANN,
SOLOMON D. TRUJILLO, and
THE WESTERN UNION COMPANY, a Delaware corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Extension of Time to Respond to Complaint** [#24] (the "Motion"). On March 4, 2014, Plaintiffs filed the Unopposed Motion to Consolidate Cases [#15], which seeks consolidation of this case with five other pending lawsuits in this District. They also filed a Motion for Appointment of Lead Plaintiff and Lead Counsel [#18]. They seek to extend the deadline to file an answer or other response until after resolution of these two Motions [#15, #18].

    IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED in part**. Defendants shall answer or otherwise respond to the Complaint [#1] within **21 days** of resolution of the Motion for Appointment of Lead Plaintiff and Lead Counsel [#18].

    IT IS FURTHER **ORDERED** that the Motion [#24] is **DENIED in part**. Until such

time, if any, that these six cases are consolidated by order of the Court, the parties must seek extensions of time in each separate lawsuit. Accordingly, the Court **denies** Defendants' requests for extensions of time to file answers or other responses by defendants in the five pending lawsuits which the parties hope to have consolidated with this one. *See Motion* [#24] at 2.

    Dated:  March 20, 2014