**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-00144-MSK-KLM

STANLEY LIEBLEIN, Derivatively on Behalf of THE WESTERN UNION COMPANY,

    Plaintiff,

v.

HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
JACK M. GREENBERG,
DINYAR S. DEVITRE,
RICHARD A. GOODMAN,
BETSY D. HOLDEN,
LINDA FAYNE LEVINSON,
ROBERTO G. MENDOZA,
MICHAEL A. MILES, Jr.,
WULF von SCHIMMELMANN, and
SOLOMON D. TRUJILLO,

    Defendants,

and

THE WESTERN UNION COMPANY, a Delaware Corporation,

    Nominal Defendant.

───────────────────────────────────────────────

Civil Action No.: 1:14-cv-00385-MJW

R. ANDRE KLEIN, derivatively on behalf of THE WESTERN UNION COMPANY,

    Plaintiff,

v.

HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
 JACK M. GREENBERG,
DINYAR S. DEVITRE,
RICHARD A. GOODMAN,

BETSY D. HOLDEN,
LINDA FAYNE LEVINSON,
ROBERTO G. MENDOZA,
MICHAEL A. MILES, Jr.,
WULF von SCHIMMELMANN, and
SOLOMON D. TRUJILLO,

      Defendants,

and

THE WESTERN UNION COMPANY, a Delaware Corporation,

      Nominal Defendant.

_____

Civil Action No. 1:14-cv-00451-MSK

CITY OF CAMBRIDGE RETIREMENT SYSTEM, Derivatively on Behalf of THE WESTERN UNION COMPANY,

      Plaintiff,

v.

DINYAR S. DEVITRE,
HIKMET ERSEK,
RICHARD A. GOODMAN,
JACK M. GREENBERG,
BETSY D. HOLDEN,
LINDA FAYNE LEVINSON,
ROBERTO G. MENDOZA,
MICHAEL A. MILES,
WULF VON SCHIMMELMANN,
SOLOMON D. TRUJILLO,
JOHN R. DYE,
SCOTT T. SCHEIRMAN, and
STEWART A. STOCKDALE,

      Defendants,

-and-

THE WESTERN UNION COMPANY,

      Nominal Defendant.

_____

Civil Action No. 1:14-cv-00599-MSK-MEH

MAYAR FUND LTD, Derivatively on Behalf of THE WESTERN UNION COMPANY,

      Plaintiff,

v.

HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
JACK M. GREENBERG,
DINYAR S. DEVITRE,
RICHARD A. GOODMAN,
BETSY D. HOLDEN,
LINDA FAYNE LEVINSON,
ROBERTO G. MENDOZA,
MICHAEL A. MILES, JR.,
WULF VON SCHIMMELMANN, and
SOLOMON D. TRUJILLO,

      Defendants,

-and-

THE WESTERN UNION COMPANY,

      Nominal Defendant.

_____

Civil Action No. 1:14-cv-00641-MSK-KLM

LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of THE WESTERN UNION COMPANY,

      Plaintiff,

v.

DINYAR S. DEVITRE,
HIKMET ERSEK,

RICHARD A. GOODMAN,
JACK M. GREENBERG,
BETSY D. HOLDEN,
LINDA FAYNE LEVINSON,
ROBERTO G. MENDOZA,
MICHAEL A. MILES,
WULF VON SCHIMMELMANN,
SOLOMON D. TRUJILLO,
SCOTT T. SCHEIRMAN, and
STEWART A. STOCKDALE,

     Defendants,

-and-

THE WESTERN UNION COMPANY,

     Nominal Defendant.

_____

Civil Action No. 1:14-cv-00708-MSK-CBS

MARTA/ATU LOCAL 732 EMPLOYEES RETIREMENT PLAN, Derivatively on Behalf of THE WESTERN UNION COMPANY,

     Plaintiff,

v.

HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
JACK M. GREENBERG,
DINYAR S. DEVITRE,
RICHARD A. GOODMAN,
BETSY D. HOLDEN,
LINDA FAYNE LEVINSON,
ROBERTO G. MENDOZA,
MICHAEL A. MILES, Jr.,
WULF von SCHIMMELMANN, and
SOLOMON D. TRUJILLO,

     Defendants,

-and-

THE WESTERN UNION COMPANY,

    Nominal Defendant.

---

**PLAINTIFFS' REPLY BRIEF IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO APPOINT CAMBRIDGE AND MARTA AS LEAD PLAINTIFFS AND APPROVE THEIR SELECTION OF COUNSEL**

---

Plaintiffs the City of Cambridge Retirement System ("Cambridge"), Marta Local 732 Employees Retirement Plan ("Marta"), the Louisiana Municipal Police Employees' Retirement System ("LAMPERS"), and Mayar Fund Ltd ("Mayar") respectfully submit this Reply in further support of their Joint Motion for entry of an Order appointing: (i) Cambridge and Marta as co-lead derivative plaintiffs, and (ii) Bernstein, Litowitz, Berger & Grossmann LLP ("BLB&G") and Johnson & Weaver, LLP ("J&W") as co-lead derivative counsel in this shareholder derivative action on behalf of The Western Union Company ("Western Union" or the "Company").

On March 25, 2014, Western Union filed a response to the Motion informing the Court that the Company takes no position on the question of the appointment of lead plaintiff and lead counsel in this Action. In addition, Western Union correctly notes the parties' agreement that the appointment of leadership should occur in connection with consolidation of the pending cases. Plaintiffs' Unopposed Motion to Consolidate Cases dated March 4, 2014 is pending before this Court. *See* ECF No. 15.

All parties have an interest in seeing this Action litigated efficiently and effectively. Plaintiffs agree that Defendants can initiate contact with either BLB&G or J&W on any particular matter and rely on agreements reached and representations made by either firm.

If appointed, BLB&G and J&W will control the allocation of assignments to Plaintiffs' supporting counsel and seek their assistance only to the extent necessary for the efficient and effective prosecution of this Action. Plaintiffs note that the firms representing Defendants in this Action together employ more than 2,000 lawyers and that assistance from Plaintiffs' supporting counsel may become necessary in this major litigation. However, under no circumstance will supporting counsel be allowed to perform work without the prior consent of and clear direction from proposed co-lead counsel. If a fee application is ever made to the Court, proposed co-lead counsel will review the time records of other counsel to ensure that requested work (if any) was done efficiently.

Based on the foregoing and Plaintiffs' Joint Motion To Appoint Cambridge and Marta and Approve Their Selection of Counsel (ECF No. 27), Plaintiffs respectfully request that the Court appoint: (i) Cambridge and Marta as lead plaintiffs; and (ii) BLB&G and J&W as co-lead counsel.

Dated: April 1, 2014

                                                Respectfully submitted,

                                                DYER & BERENS LLP

| OF COUNSEL | /s/ Jeffrey A. Berens |
|---|---|
| Mark Lebovitch<br>Jeroen van Kwawegen<br>Adam Hollander | Jeffrey A. Berens<br>Darby K. Kennedy |
| BERNSTEIN LITOWITZ BERGER<br>   & GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 554-1400<br>markl@blbglaw.com<br>jeroen@blbglaw.com<br>adam.hollander@blbglaw.com | 303 East 17th Avenue, Suite 810<br>Denver, CO 80203<br>Tel: (303) 861-1764<br>Fax: (303) 395-0393<br>jeff@dyerberens.com<br>darby@dyerberens.com |
| *Counsel for Plaintiffs the City of Cambridge Retirement System and the Louisiana Municipal Police Employees' Retirement System* | *Counsel for Plaintiffs the City of Cambridge Retirement System, the Louisiana Municipal Police Employees' Retirement System, and Mayar Fund Ltd.* |
| Albert M. Myers<br>Melinda A. Nicholson | Frank J. Johnson<br>Shawn E. Fields |
| KAHN SWICK & FOTI, LLC<br>206 Covington Street<br>Madisonville, LA 70447<br>(504) 455-1400<br>al.myers@ksfcounsel.com<br>melinda.nicholson@ksfcounsel.com | JOHNSON & WEAVER, LLP<br>110 West "A" Street, Suite 750<br>San Diego, CA 92101<br>(619) 230-0063<br>frankj@johnsonandweaver.com<br>shawnf@johnsonandweaver.com |
| *Counsel for Plaintiff Mayar Fund Ltd.* | *Counsel for Plaintiffs Marta/ATU Local 732 Employees Retirement Plan and Stanley Lieblein* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

<div style="margin-left:40%">

s/ Jeffrey A. Berens
Jeffrey A. Berens
Attorney for Plaintiffs
DYER & BERENS LLP
303 East 17th Avenue, Suite 810
Denver, CO  80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: jeff@dyerberens.com

</div>