IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00144-MSK-KLM

STANLEY LIEBLEIN, derivatively on behalf of The Western Union Company, and
MARTA/ATU LOCAL 732 EMPLOYEES RETIREMENT PLAN,

     Plaintiffs,

v.

HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
JACK M. GREENBERG,
DINYAR S. DEVITRE,
RICHARD A. GOODMAN,
BETSY D. HOLDEN,
LINDA FAYNE LEVINSON,
ROBERT G. MENDOZA,
MICHAEL A. MILES, JR.,
WULF VON SCHIMMELMANN,
SOLOMON D. TRUJILLO, and
THE WESTERN UNION COMPANY, a Delaware corporation,

     Defendants.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendants' **Unopposed Motion to Vacate the May 22, 2014 Scheduling/Planning Conference and Associated Deadlines** [#30] (the "Motion"). On March 4, 2014, Plaintiffs filed the Unopposed Motion to Consolidate Cases [#15], which seeks consolidation of this case with five other pending lawsuits in this District. They also filed a Motion for Appointment of Lead Plaintiff and Lead Counsel [#18]. The Court granted Defendants an extension of the deadline to file an answer or other response until 21 days after resolution of the Motion for Appointment of Lead Plaintiff and Lead Counsel [#18], which has not yet occurred. Based on the current posture of this case,

     IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**. The Scheduling Conference set for May 22, 2014 at 11:00 a.m. and all associated deadlines are **VACATED** and will be reset, if necessary, at a later date.

     Dated:  May 2, 2014