**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:14-cv-00144-MSK-KLM

STANLEY LIEBLEIN, derivatively on behalf of THE WESTERN UNION COMPANY,
CITY OF CAMBRIDGE RETIREMENT SYSTEM, and
MARTA/ATU LOCAL 732 EMPLOYEES RETIREMENT PLAN

    Plaintiffs,

v.

HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
JACK M. GREENBERG,
DINYAR S. DEVITRE,
RICHARD A. GOODMAN,
BETSY D. HOLDEN,
LINDA FAYNE LEVINSON,
ROBERT G. MENDOZA,
SOLOMON D. TRUJILLO,
FRANCES M. FRAGOS TOWNSEND

    Defendants,

-and-

THE WESTERN UNION COMPANY, a Delaware Corporation,

    Nominal Defendant.

---

**DECLARATION OF JEFFREY A. BERENS IN SUPPORT OF LEAD PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

---

I, JEFFREY A. BERENS, declare as follows:

1. I am a partner with the law firm of Dyer & Berens LLP, local counsel for co-lead plaintiffs City of Cambridge Retirement System and MARTA/ATU Local 732 Employees Retirement Plan ("Plaintiffs"). I am submitting this declaration in support of Plaintiffs' Opposition to Defendants' Motions to Dismiss the Verified Consolidated Shareholder Derivative Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of The Western Union Company's Audit Committee Charter (as approved by the Board of Directors on December 6, 2013).

3. Attached hereto as Exhibit B is a true and correct copy of the Verified Shareholder Derivative Complaint dated January 25, 2008, filed in *King v. Baldino*, No. 1:08-cv-00054-GMS-MPT (D. Del.).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of April 2015, at Denver, Colorado.

*s/ Jeffrey A. Berens*
JEFFREY A. BERENS

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

 /s/ Jeffrey A. Berens
Jeffrey A. Berens
DYER & BERENS LLP
303 East 17th Avenue, Suite 810
Denver, CO  80203
(303) 861-1764 (Telephone)
(303) 395-0393 (Facsimile)
jeff@dyerberens.com