IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Civil Action: 14-cv-00144-MSK-KLM | FTR - Reporter Deck - Courtroom A401 |
| Date: February 24, 2016 | Courtroom Deputy:  Laura Galera |

*Parties:*  *Counsel:*

STANLEY LIEBLEIN, ET AL.,   Jeroen Van Kwawegen
  Jeffrey Berens
 Plaintiffs,  Frank Schirripa
  Edward Timlin
  Shawn Fields

 v.

HIKMET ERSEK, ET AL.,  David Graham
  Hille Sheppard
 Defendants.  Holly Sollod
  David Fallek

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:   10:03 a.m. and 12:26 p.m.**

Court calls case. Appearance of counsel.

Argument by Mr. Graham and Mr. Van Kwawegen as to Defendant Scott T. Scheirman's Motion to Dismiss Plaintiffs' Verified Consolidated Shareholder Derivative Complaint #[56] and Defendants' Motion to Dismiss Plaintiffs' Verified Consolidated Shareholder Derivative Complaint and Memorandum in Support #[58].

**ORDERED:** Defendant Scott T. Scheirman's Motion to Dismiss Plaintiffs' Verified Consolidated Shareholder Derivative Complaint #[56] is TAKEN UNDER ADVISEMENT.  A written order will be issued in due course.

**ORDERED:** Defendants' Motion to Dismiss Plaintiffs' Verified Consolidated Shareholder Derivative Complaint and Memorandum in Support #[58] is TAKEN UNDER ADVISEMENT.  A written order will be issued in due course.

HEARING CONCLUDED.
**Court in recess:** **12:12 p.m. and 12:52 p.m.**
Time in court:     2:35

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at (303)988-8470.