IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00144-MSK-KLM

STANLEY LIEBLEIN, Derivatively on Behalf of The Western Union Company,
CITY OF CAMBRIDGE RETIREMENT SYSTEM, and
MARTA/ATU LOCAL 732 EMPLOYEES RETIREMENT PLAN,

        Plaintiffs,
v.
HIKMET ERSEK;
SCOTT T. SCHEIRMAN;
JACK M. GREENBERG;
DINYAR S. DEVITRE;
RICHARD A. GOODMAN;
BETSY D. HOLDEN;
LINDA FAYNE LEVINSON;
ROBERTO G. MENDOZA;
SOLOMON D. TRUJILLO, and
FRANCES M. FRAGOS TOWNSEND

        Defendants.
-and-

THE WESTERN UNION COMPANY, a Delaware corporation,
Nominal Defendant

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order Granting Defendants' Motion to Dismiss (**# 137**) by Chief Judge Marcia S. Krieger (**Doc. #147**) filed on September 29, 2017, it is

ORDERED that the Plaintiffs' claims are dismissed in accordance with the Order at Doc. #147.

ORDERED that costs are awarded to the defendants and against the plaintiffs upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

The case will be closed.

Dated this 29th day September, 2017.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Patricia Glover
Deputy Clerk