**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00144-MSK-KLM

STANLEY LIEBLEIN, derivatively on behalf of THE WESTERN UNION COMPANY,
CITY OF CAMBRIDGE RETIREMENT SYSTEM, and
MARTA/ATU LOCAL 732 EMPLOYEES RETIREMENT PLAN,

Plaintiffs,

v.

HIKMET ERSEK,
JACK M. GREENBERG,
DINYAR S. DEVITRE,
RICHARD A. GOODMAN,
BETSY D. HOLDEN,
LINDA FAYNE LEVINSON,
ROBERTO G. MENDOZA,
SOLOMON D. TRUJILLO, and
FRANCES M. FRAGOS TOWNSEND,

Defendants,

-and-

THE WESTERN UNION COMPANY, a Delaware Corporation,

Nominal Defendant.

---

**NOTICE OF APPEAL**

---

Notice is hereby given that Co-Lead Plaintiffs City of Cambridge Retirement System and MARTA/ATU Local 732 Employees Retirement Plan, derivatively on behalf of The Western Union Company, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the United States District Court for the District of Colorado's Opinion and Order Granting Motion to Dismiss (Dkt. No. 147) and the accompanying Final Judgment entered in this action (Dkt. No. 148) on September 29, 2017.

DATED this 25th day of October 2017.

Respectfully submitted,

**BERENS LAW LLC**

/s/ Jeffrey A. Berens
Jeffrey A. Berens
2373 Central Park Boulevard, Suite 100
Denver, CO 80238
Tel: (303) 861-1764
Fax: (303) 395-0393
jeff@jberenslaw.com

*Local Counsel for Lead Plaintiffs*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Mark Lebovitch
Jeroen van Kwawegen
Edward G. Timlin
David MacIsaac
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
markl@blbglaw.com
jeroen@blbglaw.com
edward.timlin@blbglaw.com
david.macisaac@blbglaw.com

**JOHNSON FISTEL, LLP**
Frank J. Johnson

600 West Broadway, Suite 1540
San Diego, CA 92101
Tel: (619) 230-0063
Fax: (619) 255-1856
frankj@johnsonfistel.com

-and-

Michael I. Fistel, Jr.
Murray House
40 Powder Springs Street
Marietta, GA 30064
Tel: (770) 200-3104
Fax: (770-200-3101
michaelf@johnsonfistel.com

*Counsel for Co-Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

/s/ Jeffrey A. Berens
Jeffrey A. Berens