**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

April 16, 2019

_____

Elisabeth A. Shumaker
Clerk of Court

| | |
|---|---|
| CITY OF CAMBRIDGE RETIREMENT SYSTEM; MARTA/ATU LOCAL 732 EMPLOYEES RETIREMENT PLAN, derivatively on behalf of the Western Union company,<br><br>    Plaintiffs - Appellants,<br><br>and<br><br>STANLEY LIEBLEIN,<br><br>    Plaintiff,<br><br>v.<br><br>HIKMET ERSEK; JACK M. GREENBERG; DINYAR S. DEVITRE; RICHARD A. GOODMAN; BETSY D. HOLDEN; LINDA FAYNE LEVINSON; ROBERTO G. MENDOZA; SOLOMON D. TRUJILLO; FRANCES M. FRAGOS TOWNSEND; THE WESTERN UNION COMPANY, a Delaware corporation, nominal defendant,<br><br>    Defendants - Appellees. | No. 17-1381<br>(D.C. No. 1:14-CV-00144-MSK-KLM)<br>(D. Colo.) |

_____

**JUDGMENT**
_____

Before **MATHESON**, **PHILLIPS**, and **McHUGH**, Circuit Judges.
_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk
