**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

May 08, 2019

Chris Wolpert
Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   **17-1381, City of Cambridge Retirement, et al v. Ersek, et al**
Dist/Ag docket: 1:14-CV-00144-MSK-KLM

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Jeffrey A. Berens
   Michael I. Fistel Jr.
   Christina F. Gomez
   David F. Graham
   Hille R. Sheppard
   Holly Stein Sollod
   Jeroen Van Kwawegen

EAS/lab